IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANIEL ROWE,

        Plaintiff,                     CV F 07 0272 LJO WMW   PC

  vs.                                ORDER FINDING COMPLAINT
                                         STATES A COLORABLE CLAIM
                                         AND DIRECTING PLAINTIFF
                                         TO COMPLETE USM 285 FORMS

MONTOYA, et al.,

        Defendants.

      Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  The court has screened plaintiff's complaint pursuant to 28 U.S.C. § 1915A and finds that it appears to state cognizable claims for relief under 42 U.S.C. § 1983 against defendants Montoya and Hadadsri for deliberate indifference to his medical needs, in violation of the Eighth Amendment.  Accordingly, it is HEREBY ORDERED that:

      1.     Service is appropriate for the following defendants:

            NURSE MONTOYA

            DR. HASADSRI

2. The Clerk of the Court shall send to plaintiff two USM-285 forms, two summonses, a Notice of Submission of Documents form, an instruction sheet and a copy of the second amended complaint filed May 5, 2008.

3. Within **thirty (30) days** from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the court with the following documents:

   a. Completed summons;

   b. One completed USM-285 form for each defendant listed above; and

   c. Three copies of the endorsed second amended complaint filed May 5, 2008.

4. Plaintiff need not attempt service on defendants and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5. <u>The failure to comply with this order will result in a recommendation that this action be dismissed</u>.

IT IS SO ORDERED.

**Dated:   July 14, 2008**          /s/  **William M. Wunderlich**
                                   UNITED STATES MAGISTRATE JUDGE