IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANIEL ROWE,

        Plaintiff,        1: 07 0272 LJO WMW PC

  vs.                   ORDER RE MOTION (DOC 15)

                         THIRTY DAY DEADLINE

MONTOYA,

        Defendant.

     On July 15, 2008, an order was entered, directing Plaintiff to complete and submit to the court  USM 285 forms for service of process, along with copies of the amended complaint.  On July 29, 2008, Plaintiff filed a motion, seeking an order directing prison officials to grant him law library access in order to make copies of the amended complaint.  Plaintiff indicates that he is having difficulties making copies.

     The court vacates that portion of the order requiring Plaintiff to submit copies of the amended complaint.  Plaintiff shall, within thirty days of the date of service of this order, return the completed USM 285 forms to the court, along with the notice of submission of documents. The court will provide the appropriate copies of the amended complaint.

     Accordingly, IT IS HEREBY ORDERED that:

1

1. Plaintiff is directed to submit the completed USM 285 forms to the court within thirty days of the date of service of this order.

2. Plaintiff's motion for law library access filed on July 29, 2008, is denied as moot.

IT IS SO ORDERED.

**Dated:**   **August 20, 2008**                              /s/  **William M. Wunderlich**
                                                                             UNITED STATES MAGISTRATE JUDGE