IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL ROWE, | 1:07-cv-00272 LJO WMW (PC) |
| Plaintiff, | ORDER GRANTING FIRST MOTION TO EXTEND TIME TO FILE SERVICE DOCUMENTS |
| vs. | |
| MONTOYA, | (DOCUMENT #17) |
| Defendants. | (30) THIRTY DAY DEADLINE |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On October 2, 2008, plaintiff filed a motion to extend time to file Service Documents. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted thirty (30) days from the date of service of this order in which to file Service Documents.

IT IS SO ORDERED.

**Dated:   October 7, 2008**           /s/  William M. Wunderlich
                                       UNITED STATES MAGISTRATE JUDGE