IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL ROWE,                                    )<br>                                                              )<br>          Plaintiff,                                     )<br>                                                              )<br>vs.                                                          )<br>                                                              )<br>MONTOYA, et al.                               )<br>                                                              )<br>          Defendants.                                )<br>_____)  | No. 1:07-CV-272-CKJ<br><br>**ORDER** |

On September 3, 2009, this Court issued an Order referencing the Court's January 5, 2009, Order which directed the parties and counsel to file a Joint Proposed Pretrial Order on or before August 31, 2009, if no dispositive motions were filed.  The Court noted that no dispositive motions or Joint Proposed Pretrial Order had been filed and ordered Plaintiff so show cause why this case should not be dismissed without prejudice as to all Defendants for failure to prosecute and/or failure to comply with the Orders of the Court by filing a writing with this Court on or before October 5, 2009.

On September 28, 2009, Plaintiff filed a Response to Order to Show Cause directing the Court's attention to the Court's July 15, 2009, Order in which the Court extended the dispositive motion deadline to October 12, 2009.  The Oder to Show Cause having been improvidently issued, the Court finds Plaintiff has shown that cause why this matter should not be dismissed.

Accordingly, IT IS ORDERED:

1.       The deadline for the filing of **dispositive motions** is confirmed to be **October 12, 2009**.

1        2.       Parties and counsel shall file a **Joint Proposed Pretrial Order** within **thirty**

2  **(30) days after resolution of the dispositive motions** filed after the end of discovery.  If no

3  such motions are filed, a Joint Proposed Pretrial Order will be due on or before **November**

4  **20, 2009**.  The content of the proposed pretrial order shall include, but not be limited to, that

5  prescribed in the **Form of Pretrial Order** attached to the Court's January 5, 2009, Order.

6  If the parties and counsel are unable to prepare a joint proposed pretrial order, a separate

7  proposed pretrial order shall be submitted to the Court accompanied by a statement why the

8  preparation of the joint proposed pretrial order could not be completed through written

9  correspondence.

10       DATED this 2nd day of October, 2009.

_____
Cindy K. Jorgenson
United States District Judge